USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/13

Jones, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DARRELL LAWRENCE,

                                       Plaintiff,

                         -against-

THE CITY OF NEW YORK, ISAAC MOULTRY, JOHN
O'CONNELL, JOSE PERALTA and MICHELLE
MARRERO,

                                       Defendants.
-----------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

12-cv-4273 (AT)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

           1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Rankin & Taylor, PLLC
*Attorneys for Plaintiff*
11 Park Place, Suite 914
New York, NY 10007
212-226-4507

By: _____
David Rankin

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Moultry,
O'Connell, Peralta and Marrero*
100 Church Street, Rm. 3-126
New York, New York 10007

By: _____
Ben Kuruvilla
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
_____, 2013

_____
HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE

Pursuant to Paragraph IV.C of the Chamber's Individual Practices, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties shall place the terms of their settlement agreement on the record.
By September 6, 2013, the parties shall either (i) submit a new stipulation that does not contemplate that the Court retains jurisdiction or (ii) provide a copy of the agreement for the Court to endorse or include the terms of their agreement in their stipulation of settlement and dismissal.
SO ORDERED.

_____
ANALISA TORRES
United States District Judge
August 29, 2013